McGREGOR W. SCOTT
United States Attorney
BRIAN A. FOGERTY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900



FILED

FEB 20 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANT CONCERNING:<br><br>2408 N. Center Street, Stockton, California 95204 | CASE NO. 2:18-SW-14 KJN<br><br>MOTION TO UNSEAL SEARCH WARRANT MATERIALS |

The United States moves the Court for an order unsealing the above-captioned case and requests that the initial unredacted search warrant remain sealed. The unredacted search warrant contains personal identifying information, including home addresses, telephone numbers, and information that could be used to identify a person who has not been charged with a crime. Further, the United States requests leave to file a redacted version of the search warrant on the public docket.

The United States further requests that the Court order that the United States may provide defense counsel in *United States v. Jason Solomon*, No. 2:18-cr-22-TLN, with an unredacted copy of the application and affidavit, but that the unredacted application and affidavit shall remain under seal.

Dated: February 20, 2018

McGREGOR W. SCOTT
United States Attorney

By: /s/ Brian A. Fogerty
BRIAN A. FOGERTY
Assistant United States Attorney